UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHRISTOPHER J. BRADLEY,

    Plaintiff,

v.                                      CASE NO. 3:21cv408-MCR-HTC

THE SCHOOL BOARD OFFICE OF
OKALOOSA COUNTY FLORIDA,
et al.,

    Defendants.

_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated April 28, 2021.  ECF No. 8.  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

(1) The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

(2) This matter is DISMISSED AS FRIVOLOUS.

(3) The clerk is directed to close the file.

**DONE AND ORDERED** this 10th day of June 2021.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**